Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ 8340

The person charged as Jose Barba-Osbaldo now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Central District of California with Deported Alien found in the United States, in violation of Title 8 United States Code, Section(s) 1326(a), 1326(b)(2).

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 4-22-08.

[signature]

Fernando Valenzuela
(Name)

Reviewed and Approved:

Dated: 4-22-08

[signature]

Assistant United States Attorney

FILED
APR 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

COPY

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.

JOSE BARBA-OSBALDO,

WARRANT FOR ARREST
ON COMPLAINT

CASE NUMBER: 08-0878M

To: The United States Marshal or any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE BARBA-OSBALDO and bring him or her forthwith to the nearest Judge/Magistrate to answer a complaint charging him with obstruction of Justice and false statements to a government agency in violation of Title 8 United States Code, Section(s) 1326(a), (b)(2).

with Bail fixed at $ DETENTION
REC: BY AUSA

Date: April 9, 2008
10:45 am

ANDREW J. WISTRICH
Name of Judge/Magistrate Judge

ANDREW J. WISTRICH
Signature of Judge/Magistrate Judge

AO 91
Rev. 11/82

Case 2:08-mj-00878-DUTY Document 1 Filed 04/09/2008 Page 1 of 1

CRIMINAL COMPLAINT

ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSE BARBA-OSBALDO | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>08-0878M |

Complaint for violation of Title 8, United States Code §§ 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation.

| NAME OF MAGISTRATE JUDGE | | LOCATION |
|---|---|---|
| HON. ANDREW J. WISTRICH | UNITED STATES MAGISTRATE JUDGE | Los Angeles, CA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|
| October 19, 2006 | San Bernardino County | UNKNOWN |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about October 19, 2006, defendant JOSE BARBA-OSBALDO, an alien, who had been officially deported and removed from the United States on or about February 23, 2001, was found in San Bernardino County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for the following aggravated felony: Possession of Firearm by a Felon, in violation of California Penal Code Section 12021, on or about August 11, 2000, in the Superior Court of California, County of San Bernardino, Case Number FWV16726, for which defendant was sentenced to 36 months probation and one day of imprisonment.

FILED
CLERK, U.S. DISTRICT COURT
APR 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| | |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Benedictian R. Celis<br>BENEDICTIAN R. CELIS |
| | OFFICIAL TITLE<br>Immigration Enforcement Agent - ICE |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE |
|---|---|
| [signature] | April 9, 2008 |

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA Douglas M. Miller REC: DETENTION & ARREST WARRANT

A F F I D A V I T

I, Benedictian R. Celis, being duly sworn, do hereby depose and say:

1. I am an Immigration Enforcement Agent ("IEA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been an IEA with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since May 1996.

2. This affidavit is made in support of a criminal complaint against JOSE BARBA-OSBALDO ("BARBA"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(2): Illegal Alien Found in the United States Following Deportation. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into this matter.

3. On March 27, 2008, Deportation Officer "DO" Samuel L. Saxon notified me that JOSE BARBA-OSBALDO, a previously deported criminal alien, was present in the United States and in the California Department of Corrections ("CDC") custody. Based on this notification, I undertook the present investigation of BARBA.

4. Based on my training and experience, I know that a DHS "A-File" is a file in which all immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the DHS A-File is maintained.

5. On March 27, 2008, I obtained and reviewed DHS A-File A92-094-137, which is maintained for the subject alien "Jose Barba-Osbaldo." The A-File contained the following documents and information:

a. Photographs of the alien subject to whom DHS A-File A92-094-137 corresponds. I compared these photographs to the California Department of Corrections booking photographs of BARBA taken on March 5, 2008 and determined that the photographs depict the same person. Thus, I determined that DHS A-File A92-094-137 and its contents correspond to BARBA.

b. A DHS immigration detainer (Form I-247) dated October 19, 2006, stating that BARBA was found in San Bernardino, California. From DHS A-File A92-094-137, I learned that the CDC now has BARBA in Calipatria State Prison for Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351.

c. One executed Warrant of Removal/Deportation, indicating that BARBA was officially removed and deported from the United States on February 23, 2001. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in BARBA's A-file contains his photograph, signature, and fingerprint.

d. A certified copy of an Abstract of Judgment showing that BARBA was convicted on August 11, 2000, of two counts of Possession of a Firearm by a Felon, in violation of California Penal Code Section 12021 (a) (1), in the Superior Court of the State of California, County of San Bernardino, Case Number FWV16726, for which BARBA was sentenced to 36 months probation and one day jail time.

e. Records indicating BARBA has the following additional criminal convictions: (1) on April 27, 1992, BARBA was convicted of Burglary, in violation of California Penal Code 459; (2) on on January 24, 1995, BARBA was convicted of Carrying a Loaded Firearm in Public, in violation of California Penal Code 12031 (a) (1), and Penal Code 488, Petty Theft; (3) on April 29, 1992 BARBA was convicted of Receiving Known Stolen Property, in violation of California Penal Code 496 (a); and (4) on November

3, 2006 BARBA was convicted of Possession for Sale of a Controlled Substance (Cocaine), in violation of California Penal Code 11351.

f. Various document, in addition to the Warrant of Removal/Deportation, indicating that BARBA is a native and citizen of Mexico. These documents include: (i) one summary order of the Immigration Judge dated February 22, 2001, ordering BARBA removed to Mexico; (ii) A Record of Sworn Statement dated March 10, 2008 and October 19, 2006, in which BARBA admitted, among other things, that he was born in Mexico; (iii) a Mexican Birth Certificate and English translation, dated June 27, 1987, indicating that BARBA was born in Mexico; and (iv) an application for a temporary status filed by BARBA on August 3, 1987, indicating BARBA was born in Mexico.

6. On March 27, 2008, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII database track and record arrests and convictions of individuals according to an individual's Criminal Identification Index ("CII") number. The CII printouts confirmed that BARBA had been convicted of the crimes reflected in the documents contained in BARBA'S DHS A-File.

7. On March 27, 2008, I reviewed the printouts of ICE computer indices on BARBA. Based on my training and experience, I know that the ICE computer indices track and document each time

an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that BARBA had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in BARBA's DHS A-File. The ICE computer indices further indicated that BARBA had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since BARBA had last been deported.

8. Based on my review of BARBA's A-File, I determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in BARBA's DHS A-File.

Case 2:08-mj-00878-DUTY Document 1 Filed 04/09/2008 Page 7 of 7

9. Based on the foregoing facts, there is probable cause to believe that JOSE BARBA-OSBALDO has violated Title 8, United States Code, Sections 1326(a) and (b)(2): Illegal Alien Found in the United States Following Deportation.

Benediction R. Celis
Benedictian R. Celis
Immigration Enforcement Agent - ICE

Subscribed and sworn to before me
on this 9th day of April 2008.

[signature]
UNITED STATES MAGISTRATE JUDGE

# MAGISTRATE JUDGE INFORMATION SHEET

'08 MJ 8340

MAGISTRATE CASE NUMBER ____________

1. Hearing Date 4/22/2008 2. AUSA ____________ 3. Mag Judge Lewis
4. USAO# ____________ 5. Agency # ____________
6. Defendants #: 1 of 1 7. Case Agent Fernando Valenzuela
8. Charges: 8 USC 1326(a), 1326(b)(2)
9. Defendants Names: Jose Barba-Osbaldo 10. Social Security# 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
11. Alias Jose O. Barba 12. Birth Date: 3/14/1971
13. Address: 11050 Musgrove Road, Hesperia, CA. 92345
14. Arrest Date: 4/21/2008 15. Place of Arrest Calipatria, CA. 16. Date Committed 4-21-08
17. Agents(s): S. Prendergast; F. Valenzuela 18. Office Phone #: 760-336-4756
19. Agency I.C.E. 20. Station Imperial, CA.
21. Custody: Yes X No ____
22. Citizenship: U.S ____ Mex X Other ____________
23. INS Status: Res ____ BCC ____ Illegal X Other ____________
24. Prior Deports 2/22/2001 (Judge's Order) 25. IDENT Hits ____________
26. Prior Record: Conv: 2006: Possess For Sale Contr. Subst (HS11351); 1992:Burglary (PC459); Petty Theft (PC 488); 1992: Carry Loaded Firearm (PC12031a); 1992: Receive Stolen Property (PC496.1); 2000: Felon Possess Firearm (PC12021A);

27. Drug Usage ____________ How Evidenced? ____________
28. Cash on Defendant: ____________ 29. Other Evidence ____________
30. Agents Fact Summary: Subject encountered at Calipatria State Prison in Calipatria, CA on 3/10/2008. Record checks and Alien File review incicate that subject was ordered removed to Mexico by an Immigration Judge on 2/22/2001 pursuant to a criminal conviction. Subject was physically removed to Mexico on 2/23/2001 and has subsequently unlawfully reentered the U.S. and been removed on numerous occasions.

31. Agents info re: defendant (Employment, Family, etc.) ____________
32. Def Attorney: Appointed ____ Retained ____
33. DEFENSE ATTORNEY: ____________ PHONE NUMBER: ____________
34. Next Date for: PH Removal Date ____ Time ____ Detention Date ____ Time ____
35. Bond Set: ____________
36. Material Witness Custodial Status: Custody ____ Not in Custody ____
37. MATERIAL WITNESS ATTORNEY: ____________ PHONE NUMBER: ____________

Court's Orders/Motions Government's Notes for Bail